BIGGS v. SPARKS et al.

(Court of Appeals of District of Columbia. Submitted April 4, 1919. Decided May 22, 1919.)

No. 3236.

WAR &4—RECOVERY OF POSSESSION OF LEASED PREMISES—SAULSBURY RESOLUTION.

Under Joint Resolution of May 31, 1918, prohibiting proceedings to recover possession of leased premises during the war, except where the property has been sold to a bona fide purchaser for occupancy, etc., bona fide purchasers may recover possession at termination of lease, irrespective of whether they are engaged in war work.

Appeal from the Supreme Court of the District of Columbia.

Landlord and tenant proceeding to recover possession of leased premises by Andrew W. Sparks and Mary Sparks against Albert Biggs. Judgment for plaintiffs, and defendant appeals. Affirmed.

&For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

J. H. Bilbrey, of Washington, D. C., for appellant.
Walter P. Plumley, of Washington, D. C., for appellees.

VAN ORSDEL, Associate Justice. This appeal is from a judgment for possession of leased premises in a landlord and tenant proceeding.

On July 31, 1918, appellees, plaintiffs below, purchased the premises in question for occupancy as a home, subject to the monthly tenancy of defendant. Notice to quit was given, and this proceeding to recover possession followed. Plaintiff Andrew W. Sparks and defendant were war workers. But this is not important, since plaintiffs were bona fide purchasers and entitled to possession, under the exception to the provisions of the Saulsbury Resolution of May 31, 1918 (40 Stat. 593, c. 90). Maxwell v. Brayshaw, 49 App. D. C. ——, 258 Fed. 957.

The judgment is affirmed, with costs.

Affirmed.